HOWARD B. GROBSTEIN
hbgtrustee@gtllp.com
9363 Magnolia Avenue
Riverside, CA 92503
Telephone: (951) 234-0951
Facsimile: (951) 977-8200

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**TINA MICHELLE POGUE,**<br><br>  Debtor. | Case No. 6:19-bk-16826-WJ<br><br>Chapter 7<br><br>**TURNOVER OF UNCLAIMED DIVIDENDS**<br><br>[Bankruptcy Rule 3011] |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number 110 in the amount of $18,803.48 representing the total amount of unclaimed dividends in the above-entitled estate which will create a zero balance in the bank account. This amount is being paid over pursuant to Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| Surplus Funds | Tina Michelle Pogue<br>1050 Thompson Avenue<br>Banning, CA 92220 | $18,803.48 | $18,803.48 |

Dated: November 29, 2022

/s/ Howard B. Grobstein
HOWARD B. GROBSTEIN
Chapter 7 Trustee

3011 TURNOVER OF UNCLAIMED DIVIDENDS - 1

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

**1000**
08-1900/430
**VOID AFTER 90 DAYS**

Howard Grobstein, Trustee
9363 Magnolia Avenue
Riverside, CA 92503
(951) 234-0951

Debtor
TINA M. POGUE(19-16826WJ)
Account: 8100059891

TURNOVER OF UNCLAIMED DIVIDENDS

Date  11/29/2022

$  ******18,803.48

~~~Eighteen Thousand Eight Hundred and Three Dollars and 48/100

Pay to the Order of  UNITED STATES BANKRUPTCY COURT
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Howard Grobstein, Trustee

⑈0000 1000⑈ ⑆0430 1900 3⑆ 8100 59891⑈

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*9363 Magnolia Avenue, Riverside, CA 92503*

A true and correct copy of the foregoing document entitled (*specify*): **TURNOVER OF UNCLAIMED DIVIDENDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard B Grobstein     hbgtrustee@gtllp.com C135@ecfcbis.com
Jeremy Faith     Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
Meghann A Triplett     Meghann@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
Neil R Hedtke     hedtkelg@gmail.com hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com
Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
Ori S Blumenfeld     ori@marguliesfaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
United States Trustee     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 1, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Tina Michelle Pogue
1050 Thompson Avenue
Banning, CA 92220-1270

Honorable Wayne E. Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | WENDI A. CARRANZA | |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

TINA MICHELLE POGUE              Case # 6:19-bk-16826-WJ