Fill in this Information to identify the case:

Debtor 1: Tina Michelle Pogue
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the Central District of California

Case number: 6:19-bk-16826 (19-16826)

**FILED FEB 13 2023**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**FILED FEB 17 2023**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $18,803.48 |
| Claimant's Name: | Tina Michelle Pogue |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1460 Blue Ridge Cir, Idaho Falls, ID 83402 (909) 219-1775 Tinamichellepogue@icloud.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney** | |
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: <br><br> Office of the United States Attorney <br> Central District of California <br> Civil Process Clerk <br> Federal Building, Room 7516 300 <br> North Los Angeles Street Los <br> Angeles, CA 90012 | |
| **5. Applicant Declaration** <br> Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. <br><br> Date: 2-8-23 <br><br> Signature of Applicant: *Tina Michelle Pogue* <br><br> Printed Name of Applicant: Tina Michelle Pogue <br><br> Address: 1460 Blue Ridge Cir, Idaho Falls, ID 83402 <br><br> Telephone: (909) 219-1775 <br><br> Email: Tinamichellepogue@icloud.com | **5. Co-Applicant Declaration (if applicable)** <br> Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. <br><br> Date: <br><br> Signature of Co-Applicant (if applicable): <br><br> Printed Name of Co-Applicant (if applicable): <br><br> Address: <br><br> Telephone: <br><br> Email: |
| **6. Notarization** <br> STATE OF Idaho <br> COUNTY OF Bonneville <br><br> This Application for Unclaimed Funds, dated 2/8/23 was subscribed and sworn to before me this 8 day of February, 20 23 by <br> Tina Michelle Pogue <br> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br><br> (SEAL)   Notary Public *[signature]* <br> My commission expires: Nov 9 2026 <br><br> JEFFREY D DENTON <br> Notary Public - State of Idaho <br> Commission Number 20204172 <br> My Commission Expires Nov 9, 2026 | **6. Notarization** <br> STATE OF <br> COUNTY OF <br><br> This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by <br> _____ <br> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. <br><br> (SEAL)   Notary Public <br> My commission expires: |

Form 1340    Application for Payment of Unclaimed Funds    Page 2

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**TriState Capital Bank**
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

**1000**
08-1900/430
**VOID AFTER 90 DAYS**

Howard Grobstein, Trustee
9363 Magnolia Avenue
Riverside, CA 92503
(951) 234-0951

Debtor
TINA M. POGUE(19-16826WJ)
Account: 8100059891

TURNOVER OF UNCLAIMED DIVIDENDS

Date  11/29/2022

$  ******18,803.48

----Eighteen Thousand Eight Hundred and Three Dollars and 48/100

Pay to the Order of  UNITED STATES BANKRUPTCY COURT
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Howard Grobstein, Trustee

⑈0000 1000⑈ ⑆0430 1900 3⑆ 8100059891⑈



| Search:<br>Terms: | Public Records : Locate a Person (Nationwide)<br>first-name(tina) last-name(pogue) state(ALL) dob(2/XX/1970) |  |
|---|---|---|
| **No.** | **Full Name** | **Address/Phone** | **SSN** |

1. POGNE, TINA M
POGUE, T
POGUE, TINA
POGUE, TINA M
POGUE, TINA MICHELLE
TOGUE, TINA M
(Gender: Female)
(DOB: 02/1970)
(Age: 53)
(DOB: 02/1970)
(Age: 53)

1050 THOMPSON AVE N
BANNING, CA 92220-1270
RIVERSIDE COUNTY
(2002-Current)
951-572-5054
  Phone may be disconnected

8853 THREE FLAGS AVE STE B
OAK HILLS, CA 92344-0498
SAN BERNARDINO COUNTY
(04/2017-04/2017)

518 S LILAC AVE
RIALTO, CA 92376-6941
SAN BERNARDINO COUNTY
(09/2001-06/2004)

9753 PRISCILLA ST 150
DOWNEY, CA 90242-4966
LOS ANGELES COUNTY
(07/2001-11/2001)

13119 ADENMOOR AVE
DOWNEY, CA 90242-4903
LOS ANGELES COUNTY
(09/1998-10/2001)
562-869-1331
  Phone may be disconnected

8132 PRISCILLA ST
DOWNEY, CA 90242-4335
LOS ANGELES COUNTY
(03/1995-04/1996)
562-869-1331
  Phone may be disconnected

7301 FLORENCE AVE APT 108
DOWNEY, CA 90240-3623
LOS ANGELES COUNTY
(06/1992-07/2008)
562-869-1331
  Phone may be disconnected

3559 GAGE AVE APT A
BELL GARDENS, CA 90201-1049
LOS ANGELES COUNTY
(05/1992-08/1993)

PO BOX 40446
DOWNEY, CA 90239-1446
LOS ANGELES COUNTY
(08/2018-08/2019)

1082 BRINTON AVE
BANNING, CA 92220-9999

561-17-XXXX
(CA:1972)

LexID(sm):002023506821

| No. | Full Name | Address/Phone | SSN |
|---|---|---|---|
| | | RIVERSIDE COUNTY (03/2008-03/2008) | |
| | | 13240 BRIGHTON CIR<br>VICTORVILLE, CA 92392-6642<br>SAN BERNARDINO COUNTY<br>(11/2017-08/2018) | |
| | | 1030 THOMPSON AVE N<br>BANNING, CA 92220-1270<br>RIVERSIDE COUNTY<br>(09/2009-09/2009) | |
| | | 11945 LAKEWOOD BLVD APT 2<br>DOWNEY, CA 90241-5485<br>LOS ANGELES COUNTY<br>(08/2001-08/2001) | |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further

⚐ Moderate Risk Indicator. These symbols may prompt you to investigate further

⚑ General Information Indicator. These symbols inform you that additional information is provided

✓ The most recent telephone listing as reported by the EDA source

| | |
|---|---|
| Terms: | first-name(tina) last-name(pogue) state(ALL) dob(2/XX/1970) |
| Date/Time: | Friday, February 17, 2023 6:01 PM |
| Permissible Use: | **Your DPPA Permissible Use: Government Agency**<br>**Your GLBA Permissible Use: Fraud Prevention or Detection** |

Copyright © 2023 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document